UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH BALUHA,

    Plaintiff,

v.                                                  Case No. 8:18-cv-2077-T-30AAS

RICK SCOTT, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Joseph Baluha moves to proceed in this action *in forma pauperis*. (Doc. 2). After reviewing Mr. Baluha's complaint (Doc. 1), the undersigned deferred ruling on the motion pending Mr. Baluha amending his affidavit of indigency and his complaint by September 13, 2018. (Doc. 3). Mr. Baluha failed to amend either submission despite being advised that failure to do so would result in a recommendation of dismissal. *Id.* at 4.

Therefore, it is **RECOMMENDED** that Mr. Baluha's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED**.

**ENTERED** in Tampa, Florida, on September 17th, 2018.

                                                           AMANDA ARNOLD SANSONE
                                                           United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).

cc: pro se plaintiff