**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOSEPH BALUHA,

    Plaintiff,

v.                                                          Case No: 8:18-cv-2077-T-30AAS

RICK SCOTT, LEE COUNTY SHERIFF,
FIFTH THIRD BANK and SIMON
TEMPLE,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is DENIED.

3. The Complaint is dismissed without prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of October, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record